IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONNIE DEVLYNE, PAUL GLAU, and
KRSTO KNEZEVICH,

    Plaintiffs,

vs.

LASSEN MUNICIPAL UTILITY
DISTRICT,

    Defendant.

No. CIV 2:10-cv-00286-MCE-CMK

ORDER

---

    The undersigned hereby recuses himself from this action pursuant to 28 U.S.C. § 455 (b)(2). The undersigned previously served as attorney for Defendant, Lassen Municipal Utility District and Plaintiff, Paul Glau. The undersigned is also an acquaintance and social friend of Connie Devlyne.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: June 21, 2011

                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

1