**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
┌─────────────────────────────────┐
│           FILED                 │
│      February 6, 2012           │
│   CLERK, US DISTRICT COURT      │
│    EASTERN DISTRICT OF          │
│         CALIFORNIA              │
│ ─────────────────────────────── │
│        DEPUTY CLERK             │
└─────────────────────────────────┘
```

**JUDGMENT IN A CIVIL CASE**

Connie Devlyne et al

v.          CASE NUMBER: 2:10-cv-0286 MCE GGH

Lassen Municipal Utility District

<u>XX</u> --  **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE Notices of Acceptance with Offer of Judgment filed 1/26/2012 (documents 39-41).**

Victoria C. Minor,
Clerk of the Court

ENTERED:   February 6, 2012

by:  ___/s/ Jeremy Donati___
     J. Donati, Deputy Clerk