**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| FILED |
| :---: |
| February 6, 2012 |
| CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |
| DEPUTY CLERK |

**JUDGMENT IN A CIVIL CASE**

Connie Devlyne et al

v.                    CASE NUMBER: 2:10-cv-0286 MCE GGH

Lassen Municipal Utility District

<u>XX</u> -- **Decision by the Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

   **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE Notices of Acceptance with Offer of Judgment filed 1/26/2012 (documents 39-41).**

Victoria C. Minor,
Clerk of the Court

ENTERED:    February 6, 2012

by:  ___/s/ Jeremy Donati___
        J. Donati, Deputy Clerk