DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
SHAYE HARRINGTON (Bar No. 238354)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:	(916) 444-1000
Facsimile:	(916) 444-2100
cferrannini@downeybrand.com
sharrington@downeybrand.com

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE DEVLYNE, PAUL GLAU, and KRSTO KNENEVICH,<br><br>              Plaintiffs,<br><br>       v.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>              Defendant. | Case No.  2:10-cv-00286-MCE-GGH<br><br>**STIPULATION AND ORDER REGARDING DEADLINE FOR ATTORNEYS' FEE MOTION** |

Plaintiffs CONNIE DEVLYNE ("Devlyne"), PAUL GLAU ("Glau") and KRSTO KNEZEVICH ("Knezevich") (collectively, "Plaintiffs") and Defendant LASSEN MUNICIPAL UTILITY DISTRICT ("LMUD") hereby stipulate that Plaintiffs time to file a motion for attorneys' fees and costs be extended up to and including March 20, 2012,.

IT IS SO STIPULATED.

DATED:  March 2, 2012	DOWNEY BRAND LLP


	By:	/s/ Cassandra M. Ferrannini
		CASSANDRA M. FERRANNINI
		Attorney for Defendant
		LASSEN MUNICIPAL UTILITY DISTRICT

1216744.1

1

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR ATTORNEYS' FEE MOTION

1 | DATED:  March 2, 2012  LAW OFFICES OF JOSEPH MALONEY

2

3 | By: _____/s/ Joseph Maloney_____
JOSEPH MALONEY
4 | Attorney for Plaintiffs
CONNIE DEVLYNE, PAUL GLAU, AND
5 | KRSTO KNEZEVICH

6

7 | **IT IS SO ORDERED.**

8

9 | Dated:  March 7, 2012

10 | _____
MORRISON C. ENGLAND, JR
11 | UNITED STATES DISTRICT JUDGE

1216744.1                                       2

STIPULATION AND [PROPOSED] ORDER RE: DEADLINE FOR ATTORNEYS' FEE MOTION