DOWNEY BRAND LLP
CASSANDRA M. FERRANNINI (Bar No. 204277)
SHAYE HARRINGTON (Bar No. 238354)
621 Capitol Mall, 18th Floor
Sacramento, CA  95814-4731
Telephone:      (916) 444-1000
Facsimile:       (916) 444-2100
cferrannini@downeybrand.com
sharrington@downeybrand.com

Attorneys for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE DEVLYNE, PAUL GLAU, and KRSTO KNENEVICH,<br><br>Plaintiffs,<br><br>v.<br><br>LASSEN MUNICIPAL UTILITY DISTRICT,<br><br>Defendant. | Case No.  2:10-cv-00286-MCE-GGH<br><br>**STIPULATION AND ORDER REGARDING DEADLINE FOR ATTORNEYS' FEE MOTION** |

Plaintiffs CONNIE DEVLYNE ("Devlyne"), PAUL GLAU ("Glau") and KRSTO KNEZEVICH ("Knezevich") (collectively, "Plaintiffs") and Defendant LASSEN MUNICIPAL UTILITY DISTRICT ("LMUD") hereby stipulate that Plaintiffs time to file a motion for attorneys' fees and costs be extended up to and including March 30, 2012.

IT IS SO STIPULATED.

DATED: March 15, 2012             DOWNEY BRAND LLP


By:      /s/ Cassandra M. Ferrannini
CASSANDRA M. FERRANNINI
Attorney for Defendant
LASSEN MUNICIPAL UTILITY DISTRICT

| | |
|---|---|
| DATED:  March 15, 2012 | LAW OFFICES OF JOSEPH MALONEY |
| | |
| | By:     /s/ Joseph Maloney |
| | JOSEPH MALONEY |
| | Attorney for Plaintiffs |
| | CONNIE DEVLYNE, PAUL GLAU, AND |
| | KRSTO KNEZEVICH |

**IT IS SO ORDERED.**

Dated:  March 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE